## 55981. WILLIAMS et al. v. STEWART.

UNDERWOOD, Judge.

Our judgment in *Williams v. Stewart,* 147 Ga. App. 841 (250 SE2d 515) (1978), having been reversed pursuant to writ of certiorari in *Stewart v. Williams,* 243 Ga. 580 is now vacated, and the judgment of the trial court is affirmed in accordance with the judgment and opinion of the Supreme Court.

*Judgment affirmed. Banke and Birdsong, JJ., concur.*

ARGUED MAY 22, 1978 — DECIDED JULY 3, 1979.

*Griffeth, Henry & Marshall, Andrew H. Marshall, J. Hue Henry,* for appellants.

*Alan M. Alexander, Jr., James W. Smith,* for appellee.